United States Courts
Southern District of Texas
FILED

DEC 0 4 2017

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

### Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 4:17-CV-00295

2. Style of case: SCOTT STRAIT vs STATE AUTO PROPERTY AND CASUALTY INS AND PAUL MOINOT

3. Nature of suit: CNTR CONSMR COM DEBT

4. Method of ADR used:   **X** Mediation    ☐ Mini-Trial    ☐ Summary Jury Trial

5. Date ADR session was held: 11/20/17

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR

   **X** Settled as a result of ADR.            ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1500.00

8. Duration of ADR: Half Day (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   MARY BURDIN
   JAMES WILLIS, Esq. (Plaintiff Attorney)
   SHANE O'DELL, Esq. (Defense Attorney)

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    Mary Burdin

    Signature                                November 20, 2017
                                             Date

    4514 Cole Avenue, Dallas, TX 75205-4181  (214)528-1411
    Address                                  Telephone