IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SCOTT STRAIT, § | |
| § | |
| Plaintiff, § | |
| vs. § | Civil Action No. 4:17-cv-00295 |
| § | |
| STATE AUTO PROPERTY AND § | |
| CASUALTY INSURANCE COMPANY § | |
| AND PAUL MOINOT, § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. In the Stipulation, the parties agree that this action should be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41. Having considered the Stipulation, the Court is of the opinion that it should be granted.

The Court hereby **GRANTS** the Parties' Stipulation of Dismissal and **ORDERS** that this action be **DISMISSED WITH PREJUDICE**.

Signed this 9th day of March, 2018

United States District Judge

4